Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

LEDYARD COGSWELL, JR., et al., Appellants, *v.* ALBERTINE TOPEL et al., Respondents.

*Real property — partition — title — complaint in action to partition real property dismissed.*

*Cogswell* v. *Topel*, 221 App. Div. 821, affirmed.

(Argued October 14, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1927, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term. The action was for partition of real property. On motion to confirm the report of a referee the Special Term disapproved the findings in so far as they stated that the plaintiffs are seized and possessed as tenants by the entirety of a vested remainder in fee simple of an equal undivided one-half of the real property described in the complaint after the death of John August Dargatz, and holding that the sole interest of the plaintiffs in said real property is an estate by the entirety during the life of said John August Dargatz and that, as a matter of law, they are not entitled to maintain this action, directed a dismissal of the complaint.

*Charles E. Nichols, Jr.,* for appellants.

*Ernest W. Rieck* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.